

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

LAWRENCE A. MCDOWELL,

    Plaintiff,

v.                                     Civil Action No. **3:08CV178**

DR. WILLIS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

On April 4, 2008, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on May 6, 2008, the Court directed Plaintiff to pay an initial partial filing fee of **$3.33** or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he can not pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

                                                  /s/
                                      **Henry E. Hudson**
                                      **United States District Judge**

Date: June 19, 2008
Richmond, Virginia